UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROY PRESTON,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

Case No. 15-cv-01034-VC

**ORDER STAYING PROCEEDINGS ON MOTION TO DISMISS**

Proceedings in this case are stayed pending the outcome of the ADR assessment conference. The motion to dismiss is denied without prejudice, and the plaintiff is not required to file a response to the motion at this time. After the ADR unit advises the Court of the outcome of the assessment conference, the Court will issue a further scheduling order.

**IT IS SO ORDERED.**

Dated: March 17, 2015

_____
VINCE CHHABRIA
United States District Judge