UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROY PRESTON,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

Case No. 15-cv-01034-VC

**ORDER OF DISMISSAL**

In light of the recent stipulation submitted by the parties, in which they describe their settlement agreement, filed on June 14, 2016 (Re: Dkt. No. 30), it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 90 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 90 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: June 16, 2016

_____

VINCE CHHABRIA
United States District Judge